**Opinion issued July 31, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00449-CR

————————————

## IN RE MANUEL NAVA, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On July 23, 2014, relator Manuel Nava filed a motion requesting dismissal of his petition for writ of mandamus in this original proceeding.[1] No prior opinion has been issued on relators' petition for writ of mandamus. We grant the motion and dismiss the petition for writ of mandamus. We lift the stay of proceedings.

---

[1] The underlying case is *State of Texas v. Manuel Nava*, cause number 1919049, pending in the County Criminal Court at Law No. 14 of Harris County, Texas, the Honorable Mike Fields presiding.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).